UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.136.136.171,<br><br>Defendant. | Case No. 21-cv-03458-PJH<br><br>**ORDER DIRECTING PLAINTIFF TO FILE PROPOSED SUBPOENA**<br><br>Re: Dkt. No. 7 |

The court is in receipt of plaintiff's ex parte application for leave to serve a third-party subpoena on Doe defendant's internet service provider, AT&T U-Verse ("AT&T"). Dkt. 7. Plaintiff fails to include a copy of its proposed subpoena as part of its application.

The court **ORDERS** plaintiff to file a copy of the subpoena that it seeks to serve on AT&T or any other "provider" of "Internet services" (as plaintiff notes in its proposed order (Dkt. 7-2) at paragraph three). Within **three days** of this order, plaintiff must file the above-referenced subpoena (and only that subpoena) as a separate docket entry.

**IT IS SO ORDERED.**

Dated: May 24, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge